IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
|     Plaintiff | * |
| vs. | * |
| DWIGHT D. YORK, a/k/a MALACHI YORK, MALACHI Z. YORK, ISA MUHAMMAD, and ISA ALIHAD MAHDI, and Y F LIMITED PARTNERSHIP, | *  CASE NO. 3:04-CV-81 (CDL) * * |
|     Defendants | * |

O R D E R

The Court presently has pending before it Defendant Y F Limited Partnership's motion to dismiss Plaintiff's Complaint.  Upon consideration of Defendant's motion, the Court finds that Defendant's motion should be, and is hereby, denied.

IT IS SO ORDERED, this 19th day of July, 2005.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE